```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND

_____
                                 )
UNITED STATES OF AMERICA         )
                                 )
     v.                          )
                                 )     CR. No. 05-131-S
EDWARD BAEZ                      )
_____)
```

## ORDER DENYING MOTIONS FOR ENLARGEMENT

WILLIAM E. SMITH, United States District Judge.

Defendant Edward Baez has filed two motions for enlargement of time (ECF Nos. 49, 50) to respond to the Government's responses, respectively, to Baez's motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) and motion to vacate, set aside, or correct sentence by a person in federal custody pursuant to 28 U.S.C. § 2255. Both motions are DENIED as moot.

With regard to ECF No. 49, the motion is moot because counsel for the Government and Baez have filed a stipulation (ECF No. 54) agreeing to a modification of Baez's sentence pursuant to § 3582.

As for ECF No. 50, that motion is also moot because Baez filed a reply (ECF No. 51) to the Government's objection to his motion to vacate on January 23, 2012.

Accordingly, both motions for enlargement are DENIED as moot.

IT IS SO ORDERED.

*/s/ William E. Smith*
William E. Smith
United States District Judge
Date: March 25, 2013